**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00369-CV

**MORGAN KEEGAN & CO., INC. AND MORGAN ASSET MANAGEMENT, INC.,**
**Appellants**

**V.**

**PURDUE AVENUE INVESTORS LP, MARY ANN HOWARD AND DANA HOWARD,**
**AS TRUSTEE OF THE MOLLY A. HOWARD TRUST, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14448**

## ORDER

We **GRANT** appellants' September 29, 2015 agreed motion for extension of reply deadline and **ORDER** the reply brief be filed no later than October 12, 2015.

/s/     CRAIG STODDART
JUSTICE